**DECLARATION OF NICHOLAS DOHEMANN**
Pursuant to 28 U.S.C. § 1746

I, Nicholas Dohemann, have personal knowledge of the facts and matters set forth below. If called as a witness, I could and would testify as follows:

1. My name is Nicholas Dohemann. I am over the age of 18 and reside in Montgomery, Texas.

2. In approximately April 2021, I started working for a company called Empire Ecommerce ("Empire"). I was hired by Empire, but Onyx Distribution LLC ("Onyx") was the name on many client contracts. I asked about the relationship between the companies and was told that Onyx was part of Empire.

3. I heard about Empire through a LinkedIn ad. Empire sold Amazon, Walmart and Facebook automation services to consumers who wanted to open third-party seller stores on these platforms. I was hired as the Director of Client Experience. In this role, I was head of customer service. My duties included training people to talk to clients, talking to clients myself, developing tools to be used by the customer service team, and interacting with the executive team on issues that I could not resolve myself, including complaints from clients that needed to be escalated. I met with the executive team approximately three times per week to go over issues Empire's clients had. I never made any of the ultimate decisions, but I did give my recommendations of how I believed a client's issue should be treated.

4. The executive team at Empire consisted of Roman Cresto (CEO), John Cresto (Chief Growth Officer) and Andrew Chapman (CFO). Andrew was also known as Ellis. It was my understanding that at the time I was hired, Roman, John and Andrew were the owners of Empire. I am not sure if that changed towards the end of my time at the company.

1

5. For a time, Gianna Cresto was Empire's legal counsel on staff and she later married Andrew Chapman. If I learned from a client that the client might sue Empire, I initially raised this with Roman, but then I was directed to raise this with Gianna, but otherwise had very minimal contact with her. I was not involved in discussions about the clients once I passed their complaints or issues off to Gianna or the executive team, but the executive team would typically let me know that there was nothing to be concerned about.

6. There were other Directors in the company, including Jacob Faust (Director of Operations), Jonah Kay (Director of Product), Sam Johnston (Chief Marketing Director), and Bryce Marchant (Director of Bangladesh and Philippines).

7. While I was at the company, there was a company office and warehouse located in San Diego, California. I believe it closed in September 2022. I worked 100% remotely so I never saw the office in person.

8. At first I reported directly to Andrew, but then I reported directly to Roman about halfway through my time at Empire. I had a team of between 3-5 customer service representatives throughout my employment.

9. I believe that Empire had approximately 25 employees based in the U.S. while I was there and also had employees in Bangladesh and the Philippines who acted as virtual assistants to manage clients' stores.

10. I was not involved directly with marketing, but Empire's services were primarily marketed through Instagram. I do know that Empire used case studies to promote how much potential clients could earn from purchasing Empire's business opportunity.

11. John Cresto was head of sales and he personally spoke with prospective clients to sell them Empire's services. John had only one other person on his sales team. Roman was also deeply involved in sales.

12. Empire also sold "aged" stores. These were dormant stores that had a history of sales and positive reviews. Approximately 30-40% of Empire's clients bought aged stores.

13. I believe that Empire had about 400 active clients towards the end of my time at Empire. Throughout my time at Empire, there may have been up to 700-800 active accounts, but the number of clients was less because one client could have multiple accounts. In addition, not all of these clients' stores were active and a significant amount of the stores were terminated. Counting all active and terminated stores, over the course of my time at Empire there were approximately 3000 stores.

14. Empire offered to run Amazon, Walmart and Facebook stores for its clients for a fee. When I started, the vast majority, approximately 90%, of the stores Empire ran for clients were Amazon stores. However, soon after I started, in approximately April 2021, many of Empire's clients' stores were not active and suspended, and the executive team said that Amazon was on a witchhunt and was permanently shutting down stores. Empire used the services of a lawyer named Leo Varsburg because he had expertise in unlocking Amazon stores from suspension. However, ultimately the suspensions and terminations led to a mass migration to Walmart in September 2021. Unfortunately, the vast majority of those stores did not open because Walmart started terminating stores and stopped accepting new stores. At that point, Empire migrated back to Amazon again. When these switches occurred, the old stores were closed and new stores were opened.

15. Empire primarily used the dropshipping model (also known as FBM) for Empire's clients' stores. This means that when a purchaser ordered an item from one of Empire's clients' third-party seller stores on Amazon or Walmart, Empire would purchase that item from another retailer at a cheaper price (as opposed to purchasing wholesale) and then ship directly to the purchaser. Before I started, Empire tried to use the Fulfilled by Amazon ("FBA") model for about six months, but thought it was not viable and moved over to dropshipping.

16. Towards the end of 2021, Empire hired employees from Bangladesh to handle backend activities on clients' stores, including ordering products, performing administrative duties, and tracking store performance. In early 2022, Roman believed that these employees were releasing damaging information about Empire and so he decided not to pay the employees. In retaliation, those employees stopped working on the stores and performance of those stores went down.

17. Soon after, Empire hired new employees from the Philippines to take over the duties to handle the clients' stores, but Empire ultimately didn't pay those employees either.

18. Empire received an overwhelming number of complaints and the vast majority of calls to customer support were complaints. The Customer Service Department handled approximately 30 calls per day in addition to handling about 200 text messages and 100-200 emails per day. Approximately 70-80% of that volume was complaints. Clients wanted to know why their stores weren't operating or performing, why no one was managing their stores, why Amazon and Walmart shut down or suspended their stores, why stores were not successful, and why they were losing money or not making the kind of money promised. Empire's clients regularly told me that they were not making money and

PX19
001525

they felt as if they were throwing money into a hole because they were losing money, paying monthly fees, and not making what was promised to them during the sales process.

19. I don't know of any consumers who consistently reached earnings goals as pitched in the marketing materials. I remember one statistic used in the marketing materials said that stores would have $100,000 in gross sales by 12 months. I do not believe any client achieved that mark consistently and most did not achieve that.

20. I had weekly meetings with the executive team that met three times per week. The purpose was to go over clients who were in problematic scenarios and complaints. We regularly discussed consumer complaints. Initially the meetings were attended by me, Roman and Andrew. Then at the end of 2021, Jacob Faust and John Cresto also attended these meetings.

21. I reported clients' complaints during my weekly meetings with the executive team and to Roman directly. At first, I was told that these complaints were normal and we should expect to have complaints, but then towards the end of 2021 to beginning of 2022, the response changed to they (the executive team) will handle them. Jacob Faust also handled many of the complaints that escalated to the executive team.

22. After repeatedly hearing clients' complaints, I expressed my concerns to the executive team about our clients' stores' performances and setting reasonable expectations for clients. I had a conversation with Roman about this issue and he asked me why Empire had so many complaints. I told him that it was because clients' stores were not performing and Empire was not setting reasonable expectations about store performance and monetary success. In a dismissive way, Roman acknowledged that store performance was critical and if we didn't change what we were doing, there would not be a business.

23. Approximately twice a month I received questions from clients about the actual data behind claims made in the marketing materials about how much stores can earn and about other client testimonials. I asked Roman, John and Andrew for the back-up data for the earnings claims, but I was told that Empire does not give that out and I was never given any information to back up the earnings claims made during the sales pitches to clients. I do not know if that data exists.

24. I received complaints that clients made to the Better Business Bureau ("BBB"). I forwarded those complaints to Roman and Roman would tell me not to worry about them. On some occasions I saw Roman's response to the BBB and realized that some of his answers to the complaints were inaccurate. I also know that some consumers complained directly to Roman and John.

25. In June 2022, Drew Kidwell, Empire's Technical Product Developer, told me that less than 10% of Empire's clients' stores were active, running and generating sales. The vast majority of Empire's clients' stores did not perform as advertised, and I believe a very small portion of clients' stores were successful.

26. During my tenure at Empire, in March 2022, I transitioned the company to the CRM offered by Salesforce. With this transition, I thought we should start recording the customer service phone calls, but the executive team did not want to do that.

27. Empire also had an affiliate marketing program where affiliates would get paid when they convinced people to purchase Empire's services. Danny Baldus-Strauss was an Empire client. Danny did not have a successful store and he wanted a refund. He was upset when I told him he could not get his money back and he demanded to speak with Roman. After Roman took over the conversation, Danny became an affiliate of Empire. Danny marketed

Empire to potential clients and told them that his store was successful. I received calls from these clients who said they felt misled by Danny and upset that he recommended Empire. I thought it was strange that he said he was successful when Danny told me originally that his store was not successful.

28. Clients frequently asked me for refunds, but Roman told me that we do not provide refunds. I brought it up multiple times and Andrew addressed the issue in a company meeting. Andrew said we have people not getting what they paid for, but we are not providing refunds outside of 24 hours of signing the contract. In some limited cases I believe clients received refunds, but it seemed like that was when they threatened lawsuits. While I was at Empire, I heard about lawsuits threatened about 5-8 times a year.

29. Roman demoted me towards the end of my time with Empire. I believe it was because I was loudly voicing my concerns about Empire's clients not seeing the results Empire promised.

30. I was let go on October 14, 2022. They told me it was because of poor performance issues, but I believe it was because they blamed me for clients' poor account performance and because of my concerns about clients' complaints.

31. At the end of October 2022, I found out that Empire erased everything the company used to communicate with its employees and all the company data, including Slack and Google. I am still friends with some of my former co-workers and they told me they did not have access to any systems, including email, while still working there and that the system company data was deleted. I also could not access my paycheck stubs at that time. I never received my final paycheck after I was terminated.

32. In November 2022, Roman and John sold Empire for $100,000 to someone named Dan Cohen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 3/27, 2023
Montgomery, Texas

Nicholas Dohemann

PX19
001529