SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation
  James P. Hill, SBN 90478
  Christopher V. Hawkins, SBN 222961
600 B Street, Suite 1700
San Diego, California 92101
Tel:   (619) 233-4100
Fax:   (619) 231-4372

Attorneys for Michael Dunn, Receiver

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>AUTOMATORS LLC, *et al*.<br><br>Defendants,<br><br>PEREGRINE WORLDWIDE, LLC,<br><br>Relief Defendant. | CASE NO. 23-cv-1444-BAS-KSC<br><br>**RECEIVER'S NOTICE OF NO OPPOSITION TO CORRECTED NOTICE OF TEMPORARY RECEIVER'S DETERMINATION REGARDING ADDITIONAL RECEIVERSHIP ENTITY [ECF 23]**<br><br>Dept.   12B<br>Judge:   Hon. Cynthia Bashant |

**TO THE COURT, ALL PARTIES, AND ALL PARTIES' RESPECTIVE ATTORNEYS OF RECORD**:

Court-appointed receiver in the instant action, Michael Dunn ("Receiver"), filed his Corrected Notice of Temporary Receiver's Determination Regarding Additional Receivership Entity on August 23, 2023 [ECF 23] ("Notice"). The Notice designates Wize Mate, LLC as a Receivership Entity.

Receiver, by and through his counsel, Christopher V. Hawkins of Sullivan Hill Rez and Engel, A Professional Law Corporation, hereby notifies the Court and all interested parties that no opposition to the Notice or motion to challenge it has been served on Receiver, and Receiver has been informed by counsel for Andrew Chapman that he has no opposition to the Notice.

Dated: September 6, 2023

SULLIVAN HILL REZ & ENGEL
A Professional Law Corporation

By: */s/ Christopher V. Hawkins*
James P. Hill
Christopher V. Hawkins
Attorneys for Michael Dunn, Receiver