Colleen Robbins (New York Bar No. 2882710)
Christopher E. Brown (Virginia Bar No. 72765)
Frances L. Kern (Minnesota Bar No. 0395233)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2825; cbrown3@ftc.gov
(202)326-2391; fkern@ftc.gov
(202) 326-3395 (fax)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 23-cv-1444-BAS-KSC |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ENTRY OF STIPULATED ORDER FOR PRELIMINARY INJUNCTION** |
| AUTOMATORS LLC, ET AL., | |
| Defendants, | |
| PEREGRINE WORLDWIDE, LLC, a Delaware limited liability company, | |
| Relief Defendant. | |

Plaintiff, Federal Trade Commission ("FTC"), and all Defendants[1] and Relief Defendant,[2] by their respective counsel, pursuant to Local Rule 7.2(b)-(c), respectfully

---

[1] Automators LLC, Empire Ecommerce LLC, Onyx Distribution LLC, Stryder Holdings LLC, Pelenea Ventures LLC, Roman Cresto, John Cresto, and Andrew Chapman.
[2] Peregrine Worldwide, LLC.

submit this Joint Motion for Entry of Stipulated Order for Preliminary Injunction ("Stipulated PI"). As grounds for this request, the parties state as follows:

1.   On August 11, 2023, the Court granted the FTC's *Ex Parte* Motion for a Temporary Restraining Order (ECF No. 5-1), entering the Temporary Restraining Order ("TRO") (ECF No. 8).  The TRO and complaint have been served on all Defendants and Relief Defendant.  Among other things, the TRO sets a September 19, 2023 hearing to show cause why a preliminary injunction should not issue against Defendants and Relief Defendant.

2.   In accordance with Federal Rule of Civil Procedure ("Rule") 65(b)(2), the TRO was scheduled to expire 14 days after its issuance—August 25, 2023.

3.   On August 25, 2023, the Court entered an Order granting the parties' Joint Motion to Extend the TRO through September 19, 2023 (ECF No. 34). In part, the parties requested the extension in order to explore the possibility of entering into a stipulated preliminary injunction.

3.   Plaintiff and Defendants and Relief Defendant have agreed to stipulate to the entry of a Stipulated PI which generally continues the terms of the current TRO, except for limited expedited discovery. The proposed Stipulated PI also provides for the appointment of the California-based Stapleton Group, Inc. as Receiver for the Receivership Entities with full powers of an equity receiver. The Stapleton Group, Inc. is qualified to serve as a receiver and expressed a willingness to do so. A prospectus describing the Stapleton Group, Inc.'s extensive experience in fiduciary matters in federal court is affixed as **Attachment A**.

4.   The current Receiver does not object to the proposed Stipulated Order for Preliminary Injunction.

WHEREFORE, Plaintiff and Defendants and Relief Defendant respectfully stipulate and request that the Court enter an order regarding preliminary injunctive relief.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Dated:  September 7, 2023 | |
| 2 | | |
| 3 | /s/ Douglas Litvack | /s/ Christopher E. Brown |
| 4 | Douglas Litvack | Colleen Robbins |
| | Jenner & Block LLP | Christopher E. Brown |
| 5 | 1099 New York Avenue NW | Frances L. Kern |
| 6 | Suite 900 | Federal Trade Commission |
| | Washington, DC 20001 | 600 Pennsylvania Ave, NW, CC8528 |
| 7 | 202-637-6357 | Washington, DC 20580 |
| 8 | dlitvack@jenner.com | (202) 326-2548; crobbins@ftc.gov |
| | | (202) 326-2825; cbrown3@ftc.gov |
| 9 | /s/ Kathleen Marcus | (202) 326-2391; fkern@ftc.gov |
| 10 | Kathleen Marcus | (202) 326-3395 (fax) |
| | Stradling Yocca Carlson & Rauth | (202) 326-3395 (fax) |
| 11 | 660 Newport Center Dr., Suite 1600 | |
| 12 | Newport Beach, CA 92660 | *Attorneys for Plaintiff* |
| | 949-725-4080 | *Federal Trade Commission* |
| 13 | kmarcus@stradlinglaw.com | |
| 14 | | |
| 15 | /s/ Lisa Northrup | |
| | Lisa Northrup | |
| 16 | Stradling Yocca Carlson & Rauth | |
| 17 | 660 Newport Center Dr., Suite 1600 | |
| | Newport Beach, CA 92660 | |
| 18 | 949-725-4011 | |
| 19 | lnorthrup@stradlinglaw.com | |
| 20 | /s/ Jason Debretteville | |
| 21 | Jason Debretteville | |
| | Stradling Yocca Carlson & Rauth | |
| 22 | 660 Newport Center Dr., Suite 1600 | |
| 23 | Newport Beach, CA 92660 | |
| | 949-725-4094 | |
| 24 | jdebretteville@stradlinglaw.com | |
| 25 | *Counsel for Defendants Pelenea* | |
| 26 | *Ventures LLC, Andrew Chapman* | |
| | *and Relief Defendant, Peregrine* | |
| 27 | *Worldwide, LLC* | |
| 28 | | |

*/s/ Michael Zweiback*
Michael Zweiback
ZFZ Law LLP
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
213-266-5171
Michael.zweiback@zfzlaw.com

*/s/ Hannah Friedman*
Hannah Friedman
Zweiback, Fiset & Zalduendo
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
213-582-8403
Hannah.friedman@zfzlaw.com

*Counsel for Defendants Roman Cresto and John Cresto*

*/s/ Eliot Krieger*
Eliot Krieger
SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
949-523-3333

*Counsel for Defendants Automators LLC and Stryder Holdings LLC*

1  /s/ *Daniel Cohen*
2  Daniel Cohen

3  *Owner of Empire Ecommerce LLC*
4  *and Onyx Distribution LLC*

5  /s/ *Diana L. Fitzgerald*
6  Diana L. Fitzgerald
   Fitzgerald & Isaacson, LLP
7  9701 Wilshire Blvd., Suite 1000
   Beverly Hills, CA 90212
8  310-480-0090

9
10 *Counsel for Daniel Cohen*
   *and LCC Enterprises LLC*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will cause a copy of the same to be served on the following parties entitled to service:

Douglas Litvack
Jenner & Block LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
202-637-6357
dlitvack@jenner.com

Kathleen Marcus
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4080
kmarcus@stradlinglaw.com

Lisa Northrup
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4011
lnorthrup@stradlinglaw.com

Jason Debretteville
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4094
jdebretteville@stradlinglaw.com

*Counsel for Defendants Pelenea Ventures LLC, Andrew Chapman and Relief Defendant, Peregrine Worldwide, LLC*

Colleen Robbins
Christopher E. Brown
Frances L. Kern
Federal Trade Commission
600 Pennsylvania Ave, NW, CC8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2825; cbrown3@ftc.gov
(202) 326-2391; fkern@ftc.gov
(202) 326-3395 (fax)
(202) 326-3395 (fax)

*Attorneys for Plaintiff
Federal Trade Commission*

Michael Zweiback
ZFZ Law LLP
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
213-266-5171
Michael.zweiback@zfzlaw.com

Hannah Friedman
Zweiback, Fiset & Zalduendo
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
213-582-8403
Hannah.friedman@zfzlaw.com

*Counsel for Defendants Roman Cresto and John Cresto*

Eliot Krieger
SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
949-523-3333

*Counsel for Defendants Automators LLC and Stryder Holdings LLC*


Daniel Cohen

*Owner of Empire Ecommerce LLC and Onyx Distribution LLC*

Diana L. Fitzgerald
Fitzgerald & Isaacson, LLP
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
310-480-0090

*Counsel for Daniel Cohen and LCC Enterprises LLC*

Christopher Hawkins
600 B. Street, 17th Floor
San Diego, CA 92101
Hawkins@sullivanhill.com
619-595-3218

*Counsel for the Receiver*

                               */s/ Christopher E. Brown*
                               Christopher E. Brown