| | |
|---|---|
| 1 | **RAINES FELDMAN LITTRELL LLP** |
| 2 | Kathy Bazoian Phelps (State Bar No. 155564) |
|   | *kphelps@raineslaw.com* |
| 3 | 1900 Avenue of the Stars, 19th Floor |
|   | Los Angeles, California 90067 |
| 4 | Telephone: (310) 440-4100 |
|   | Facsimile: (310) 691-1943 |
| 5 | Attorneys for Receiver |
| 6 | STAPLETON GROUP, INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 3:23-cv-01444-DMS-BGS |
| Plaintiff, | Assigned to Hon. Dana M. Sabraw |
| v. | **PROOF OF SERVICE** |
| AUTOMATORS LLC, et al., | |
| Defendants. | |
| PEREGRINE WORLDWIDE, LLC, a Delaware limited liability company, | |
| Relief Defendant. | |

# PROOF OF SERVICE

I hereby declare under penalty of perjury pursuant to the laws of the state of California that I am a citizen of the United States, over the age of eighteen years and not a party to the within-entitled action.  My business address is 1900 Avenue of the Stars, Suite 1900, Los Angeles, CA 90067.  On **November 21, 2023**, I served a copy of the within document(s):

- **RECEIVER'S FIRST STATUS REPORT AND PETITION FOR INSTRUCTIONS**

__    **SERVED VIA ELECTRONIC TRANSMISSION/EMAIL**: On **November 21, 2023**, I served the following persons and/or entities at the by transmitting via electronic mail the document(s) listed above to the addresses set forth below:

**X    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** On **November 21, 2023**, Pursuant to L.R. 5-3.2.1, the document listed above will be served by the court via NEF and hyperlink to the document which effects electronic service on counsel who are registered with the CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct. Executed on **November 21, 2023**, at Los Angeles, California.

*/s/ Helen Choi*
Helen Choi