Colleen Robbins (New York Bar No. 2882710)
Christopher E. Brown (Virginia Bar No. 72765)
Frances L. Kern (Minnesota Bar No. 0395233)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2825; cbrown3@ftc.gov
(202) 326-3395 (fax)

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AUTOMATORS LLC, ET AL., <br><br> Defendants, <br><br> PEREGRINE WORLDWIDE, LLC, a Delaware limited liability company, <br><br> Relief Defendant. | Case No. 23-cv-1444-DMS-BGS <br><br> **JOINT MOTION TO STAY DEADLINES WHILE PROPOSED SETTLEMENT IS REVIEWED BY COMMISSION** |

    Plaintiff the Federal Trade Commission ("FTC"); Defendants Automators LLC, Empire Ecommerce LLC, Onyx Distribution LLC, Stryder Holdings LLC, Pelenea Ventures LLC, Roman Cresto, John Cresto, Andrew Chapman (collectively, "Defendants"); and Peregrine Worldwide, LLC ("Relief Defendant") respectfully submit this Joint Motion requesting a stay of all deadlines as to the FTC's case against Defendants and Relief Defendant in this matter until January 26, 2024, pending Commission review of a Stipulated Order for Permanent Injunction and Monetary

Judgment as to Defendants and Relief Defendant ("proposed stipulated order"). In support of this Motion, Plaintiff states the following:

1. The FTC and Defendants and Relief Defendant, through counsel, have agreed to resolve the FTC's claims against Defendants and Relief Defendant by the proposed stipulated order, which Defendants and Relief Defendant have signed.

2. All settlements negotiated by FTC staff must be reviewed and approved by a vote of the Commission. The Commission's review and consideration process is likely to take approximately eight weeks.

3. Without a stay of the litigation, Plaintiff and Defendants will continue to incur costs, including in preparing for discovery and trial. These costs will be unnecessary should the parties' proposed stipulated order be approved by the Commission and this Court.

4. In addition, granting the requested stay will also serve the interests of judicial economy. Approval and entry of the proposed stipulated order will resolve this case.

5. For these reasons, Plaintiff, Defendants, and Relief Defendant request that the Court stay all proceedings in this case until January 26, 2024. The proposed stay should not apply to the activities of the Receiver, including activities taken pursuant to the Stipulated Preliminary Injunction (ECF No. 48).

6. If the Commission approves the proposed stipulated order, FTC counsel will immediately file it with the Court. If the Commission does not approve the proposed stipulated order, the parties will notify the Court and move to lift the stay.

7. The Receiver does not oppose this joint request.

WHEREFORE, the FTC, Defendants, and Relief Defendant jointly request that all case deadlines as to the FTC, Defendants, and Relief Defendant be stayed until January 26, 2024, pending Commission review of the proposed stipulated order.

|   |   |
|---|---|
|   | Respectfully submitted, |

Dated: November 22, 2023

| | |
|---|---|
| s/ Douglas Litvack | s/ Frances L. Kern |
| Douglas Litvack | Colleen Robbins |
| Jenner & Block LLP | Christopher E. Brown |
| 1099 New York Avenue NW | Frances L. Kern |
| Suite 900 | Federal Trade Commission |
| Washington, DC 20001 | 600 Pennsylvania Ave, NW, CC8528 |
| 202-637-6357 | Washington, DC 20580 |
| dlitvack@jenner.com | (202) 326-2548; crobbins@ftc.gov |
| | (202) 326-2825; cbrown3@ftc.gov |
| Kathleen Marcus | (202) 326-2391; fkern@ftc.gov |
| Stradling Yocca Carlson & Rauth | (202) 326-3395 (fax) |
| 660 Newport Center Dr., Suite 1600 | (202) 326-3395 (fax) |
| Newport Beach, CA 92660 | |
| 949-725-4080 | *Attorneys for Plaintiff* |
| kmarcus@stradlinglaw.com | *Federal Trade Commission* |

Lisa Northrup
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4011
lnorthrup@stradlinglaw.com

Jason Debretteville
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4094
jdebretteville@stradlinglaw.com

*Counsel for Defendants Pelenea Ventures LLC, Andrew Chapman and Relief Defendant, Peregrine Worldwide, LLC*

s/ Michael Zweiback
Michael Zweiback
Zweiback, Fiset & Zalduendo
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
213-266-5171
Michael.zweiback@zfzlaw.com

Hannah Friedman
Zweiback, Fiset & Zalduendo
315 W. 9th Street, Suite 1200
Los Angeles, CA 90015
213-582-8403
Hannah.friedman@zfzlaw.com

*Counsel for Defendants Roman Cresto and John Cresto*

s/ Eliot Krieger
Eliot Krieger
SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
949-523-3333

Maren B. Hufton
SKT Law, P.C.
7755 Center Avenue, Suite 1225
Huntington Beach, CA 92647
949-523-3333

*Counsel for Defendants Automators LLC and Stryder Holdings LLC*

| | |
|---|---|
| 1 | <u>s/ Diana Fitzgerald</u> |
| 2 | Diana L. Fitzgerald |
|   | Fitzgerald & Isaacson, LLP |
| 3 | 9701 Wilshire Blvd., Suite 1000 |
| 4 | Beverly Hills, CA 90212 |
|   | 310-480-0090 |
| 5 | |
| 6 | *Counsel for Dan Cohen and LCC Enterprises LLC, Owner of Empire Ecommerce LLC and Onyx Distribution LLC* |

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will cause a copy of the same to be served on the following parties entitled to service:

Douglas Litvack
Jenner & Block LLP
1099 New York Avenue NW
Suite 900
Washington, DC 20001
202-637-6357
dlitvack@jenner.com

Kathleen Marcus
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4080
kmarcus@stradlinglaw.com

Lisa Northrup
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4011
lnorthrup@stradlinglaw.com

Jason Debretteville
Stradling Yocca Carlson & Rauth
660 Newport Center Dr., Suite 1600
Newport Beach, CA 92660
949-725-4094
jdebretteville@stradlinglaw.com

*Counsel for Defendants Pelenea Ventures LLC, Andrew Chapman and Relief Defendant, Peregrine Worldwide, LLC*

Colleen Robbins
Christopher E. Brown
Frances L. Kern
Federal Trade Commission
600 Pennsylvania Ave, NW, CC8528
Washington, DC 20580
(202) 326-2548; crobbins@ftc.gov
(202) 326-2825; cbrown3@ftc.gov
(202) 326-2391; fkern@ftc.gov
(202) 326-3395 (fax)
(202) 326-3395 (fax)

*Attorneys for Plaintiff
Federal Trade Commission*

Diana L. Fitzgerald
Fitzgerald & Isaacson, LLP
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
310-480-0090

*Counsel for Dan Cohen and LCC Enterprises LLC, Owner of Empire Ecommerce LLC and Onyx Distribution LLC*

| | |
|---|---|
| Michael Zweiback<br>Zweiback, Fiset & Zalduendo<br>315 W. 9th Street, Suite 1200<br>Los Angeles, CA 90015<br>213-266-5171<br>Michael.zweiback@zfzlaw.com<br><br>Hannah Friedman<br>Zweiback, Fiset & Zalduendo<br>315 W. 9th Street, Suite 1200<br>Los Angeles, CA 90015<br>213-582-8403<br>Hannah.friedman@zfzlaw.com<br><br>*Counsel for Defendants Roman Cresto and John Cresto*<br><br>Eliot Krieger<br>SKT Law, P.C.<br>7755 Center Avenue, Suite 1225<br>Huntington Beach, CA 92647<br>949-523-3333<br><br>Maren B. Hufton<br>SKT Law, P.C.<br>7755 Center Avenue, Suite 1225<br>Huntington Beach, CA 92647<br>949-523-3333<br><br>*Counsel for Defendants Automators LLC and Stryder Holdings LLC* | Kathy Bazoian Phelps<br>Raines Feldman Littrell LLP<br>1900 Avenue of the Stars<br>Suite 1900<br>Los Angeles, CA 90067<br>(310) 440-4100<br>kphelps@raineslaw.com<br><br>*Counsel for Receiver Stapleton Group* |

                                                *s/ Frances L. Kern*
                                                Frances L. Kern