**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>AUTOMATORS LLC, *et al*.<br><br>Defendants,<br><br>PEREGRINE WORLDWIDE, LLC,<br><br>Relief Defendant. | CASE NO. 23-cv-1444-DMS-BGS<br><br>**ORDER ON FIRST AND FINAL FEE APPLICATION OF SULLIVAN HILL REZ & ENGEL, APLC, GENERAL COUNSEL TO THE TEMPORARY RECEIVER, MICHAEL DUNN, FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |

The unopposed First and Final Application of Sullivan Hill Rez & Engel, APLC, (Docket No. 64), general counsel to Temporary Receiver Michael Dunn, is **GRANTED.**

**IT IS FURTHER ORDERED THAT** Sullivan Hill's fees and costs for the first and final period are allowed and approved in the amounts of $69,916.95 and $981.58, respectively, and Permanent Receiver is authorized and directed to to pay 100 percent of approved fees and costs from the assets of the receivership estate;

**IT IS FURTHER ORDERED THAT** Permanent Receiver is authorized and directed to pay an additional sum of up-to $4,500 in fees and costs actually incurred from September 30, 2023 – up through the Court's entry of an order hereon.

Pursuant to the parties' agreement, these fees and costs shall not be paid until such time as the principal Property in this case is sold and sufficient funds are available.

Dated: December 15, 2023

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court