1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No.: 3:23-cv-01444-DMS-BGS |
| Plaintiff, | |
| v. | **ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT** |
| AUTOMATORS LLC, *et al.*, | |
| Defendants, | |
| | Date:   February _16, 2024 |
| PEREGRINE WORLDWIDE, LLC, a Delaware limited liability company, | Time:   1:30 p.m.<br>Dept:   Courtroom 13A<br>Judge:  Hon. Dana M. Sabraw |
| Relief Defendant. | |

10097262.1

|   |   |
|---|---|
| 1 | The matter of the motion for approval of the Settlement and Release Agreement dated as of January 3, 2024 made by and between the Stapleton Group Inc., Inc. ("Receiver"), in its capacity as Court-appointed permanent receiver for (a) Automators LLC, also dba Automators AI and Ecom Skool, a Nevada limited liability company; (b) Empire Ecommerce LLC; (c) Onyx Distribution LLC, a California limited liability company; (d) Stryder Holdings LLC, a California limited liability company; (e) Pelenea Ventures LLC, a Tennessee limited liability company; each of the foregoing's subsidiaries, fictitious business names, affiliates, successors, and assigns; (f) Peregrine Worldwide, LLC; and (g) any other entity that has conducted any business related to the alleged illegal sale of business opportunities and coaching programs of the defendants in the receivership action and that the Receiver determines is controlled or owned by any such defendant (collectively, the "Receivership Entities"), and DLA Piper LLP (US) ("Transferee"), on the other hand (each a "Party" and collectively, the "Parties") filed by the Receiver (the "Motion") (ECF No. 89) came on for hearing at the above-referenced date, time, and place before the Honorable Dana M. Sabraw, United States District Judge presiding.  Appearances were as noted on the record.  The Court, having reviewed and considered the Motion and all pleadings and papers filed in support thereof, and oppositions or responses to the Motion, if any, and good cause appearing therefor, |

IT IS ORDERED that:

1. The Motion and the relief sought therein is granted;

2. The Settlement and Release Agreement dated as of January 3, 2024 ("Settlement Agreement") made by and between the Receiver and the Transferee, a copy of which is attached as Exhibit "1" to the Declaration of Jake Diiorio in support of the Motion, is hereby approved;

3. The Receiver is authorized to execute the Settlement Agreement and

10097262.1

1  to take all steps necessary or appropriate to implement and effectuate the
2  provisions of the Settlement Agreement, including executing all documents or
3  instruments related to the implementation and effectuation of the Settlement
4  Agreement; and

5      4.    The Court retains jurisdiction to hear and decide any action,
6  litigation, or proceeding relating to the Settlement Agreement in which the
7  Receiver is a party. Each of the Parties to the Settlement Agreement shall have
8  standing to bring claims and be heard in such action, litigation or proceeding.

9  **IT IS SO ORDERED**.

10 Dated: February 26, 2024

                                                   Hon. Dana M. Sabraw, Chief Judge
                                                   United States District Court

2

10097262.1